Decided May 15, 2002

## STATE OF CONNECTICUT *v.* MARK ANDERSON

The defendant's petition for certification for appeal from the Appellate Court is dismissed.

*Mark Anderson*, pro se, in support of the petition.

Decided May 15, 2002